UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LUCAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DOMINGO URIBE, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | NO. LA CV 12-06166-VBF-MAN <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for a writ of habeas Corpus pursuant to 28 U.S.C. § 2254 and supporting memorandum (Documents ("Docs") 1-2), respondent's answer and supporting memorandum (Doc 18), petitioner's reply (Doc 20), the Lodged Documents listed in Docs 10 and 19, the Magistrate Judge's Report and Recommendation, and the applicable law.  Petitioner has not objected to the R&R within the time allotted.

The Report and Recommendation is **ADOPTED**.

The habeas corpus petition is **DENIED**.  This action is **DISMISSED with prejudice**.

Final judgment will be entered by separate document.

DATED:     December 2, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE