UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LUCAS, ) | NO. LA CV 12-06166-VBF-MAN |
|       Petitioner, ) | |
|   v. ) | JUDGMENT |
| DOMINGO URIBE, WARDEN, ) | |
|       Respondent. ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:     December 2, 2014

*Valerie Baker Fairbank*

———————————————
    VALERIE BAKER FAIRBANK
    UNITED STATES DISTRICT JUDGE